18 So.2d 580

### Manley David PIERSON v. STATE.

6 Div. 262.

Supreme Court of Alabama.
June 22, 1944.

F. F. Windham, of Tuscaloosa, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Manley David Pierson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pierson v. State, 18 So.2d 578.

Writ denied.

BROWN, FOSTER, and LIVINGSTON, JJ., concur.